(104 So. 837)

### Ex parte Joe PITT. (8 Div. 768.)

(Supreme Court of Alabama. June 11, 1925.)

Certiorari to Court of Appeals.

G. O. Chenault, of Albany, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Joe Pitt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pitt v. State, 20 Ala. App. 601, 104 So. 837. Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.